1   DURIE TANGRI LLP
    DARALYN J. DURIE (SBN 169825)
2   ddurie@durietangri.com
    RAGESH K. TANGRI (SBN 159477)
3   rtangri@durietangri.com
    CLEMENT S. ROBERTS (SBN 209203)
4   croberts@durietangri.com
    EUGENE NOVIKOV (SBN 257849)
5   enovikov@durietangri.com
    JESSE GERACI (SBN 259755)
6   jgeraci@durietangri.com
    217 Leidesdorff Street
7   San Francisco, CA  94111
    Telephone:  415-362-6666
8   Facsimile:   415-236-6300

9   Attorneys for Plaintiffs
    Rovi Corporation, Rovi Technologies
10  Corporation, Rovi Guides, Inc. (f/k/a
    Gemstar-TV Guide International Inc.),
11  Gemstar Development Corporation, and
    United Video Properties, Inc.

12

13                  IN THE UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                          WESTERN DIVISION

| | |
|---|---|
| 16  ROVI CORPORATION, ROVI<br>17  TECHNOLOGIES CORPORATION,<br>ROVI GUIDES, INC. (f/k/a GEMSTAR-<br>18  TV GUIDE INTERNATIONAL INC.),<br>GEMSTAR DEVELOPMENT<br>19  CORPORATION, and UNITED VIDEO<br>20  PROPERTIES, INC.,<br><br>21              Plaintiffs,<br><br>22       v.<br><br>23  HULU, LLC,<br><br>24              Defendant. | Case No. 2:12-cv-04756-MRP-(CWx)<br><br>[PROPOSED] ORDER AMENDING<br>JUNE 28, 2012 CIVIL MINUTES<br><br>Ctrm:   12<br>Judge: Honorable Mariana R. Pfaelzer |

25

26

27

28

1    IT IS HEREBY ORDERED that the June 28, 2012 Minute Order (Dkt. No. 66) is

2   amended as follows:

3        1.    The "Disclosure of Asserted Claims and Infringement Contentions" required

4   by Paragraph 3 of the Minute Order shall be served on September 4, 2012.

5        2.    The "Invalidity Contentions" required by Paragraph 4 of the Minute Order

6   shall be served on October 19, 2012.

7        IT IS FURTHER ORDERED that all fact discovery in this case shall be initiated to

8   be completed by January 31, 2013.

9             IT IS SO ORDERED.

10  Dated:  August 21, 2012

11                                             _____
                                               Honorable Mariana R. Pfaelzer
12                                             United States District Judge

13  Prepared and Submitted By:

14
    DURIE TANGRI LLP
15
              */s/ Daralyn J. Durie*
16  By: _____

17      Daralyn J. Durie

18
        *Attorneys for Plaintiffs*
19      *Rovi Corporation, Rovi Technologies*
        *Corporation, Rovi Guides, Inc. (f/k/a*
20      *Gemstar-TV Guide International Inc.),*
        *Gemstar Development Corporation,*
21      *and United Video Properties, Inc.*

22

23  IRELL & MANELLA LLP

24
              */s/ Ellisen Turner*
25  By: _____

        Ellisen Turner
26

27      *Attorneys for Defendant*
        *Hulu, LLC*
28

1