1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION, and UNITED VIDEO PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | Case No. 2:12-cv-04756-MRP-(CWx)<br><br>**[PROPOSED] ORDER**<br><br>Ctrm:  12<br>Judge: Honorable Mariana R. Pfaelzer |
|---|---|

Having considered the parties' stipulation, the Court hereby orders that the deadline for Plaintiffs to serve infringement contentions shall be extended from September 4, 2012 until September 7, 2012.  The deadline for Defendant to serve invalidity contentions shall be extended from October 19, 2012, until October 24, 2012.  All other dates remain unaffected.

**IT IS SO ORDERED.**

Dated:   August 29, 2012

_____

The Honorable Mariana R. Pfaelzer
United States District Court Judge