IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION, and UNITED VIDEO PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HULU, LLC,<br><br>Defendant. | Case No. 2:12-cv-04756-MRP-(CWx)<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>Ctrm:  12<br>Judge: Honorable Mariana R. Pfaelzer |

1      The parties having entered into a Stipulated Protective Order providing the terms
2 and conditions for the confidentiality of all information, documents and other items
3 subject to discovery in this action, a copy of which is attached hereto as Exhibit A, and for
4 GOOD CAUSE SHOWN,
5 IT IS SO ORDERED.

7 Dated: August 29, 2012            _____
8                                       Honorable Mariana R. Pfaelzer
                                      United States District Judge