IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION, and UNITED VIDEO PROPERTIES, INC.,<br><br>         Plaintiffs,<br><br>     v.<br><br>HULU, LLC,<br><br>         Defendant. | Case No. 2:12-cv-04756-MRP-(CWx)<br>**ORDER**<br>Ctrm:  12<br>Judge: Honorable Mariana R. Pfaelzer |

Having considered the parties' stipulation, the Court hereby orders as follows:

(1) Rovi Corporation and Rovi Guides, Inc. are dismissed as plaintiffs in this action with prejudice;

(2) Hulu will not assert that the remaining plaintiffs lack standing to maintain this action based on the absence of Rovi Corporation and Rovi Guides, Inc. as plaintiffs;

(3) The caption in this matter is hereby revised as shown in Exhibit A to the Stipulation; and

(4) The allegations of infringement by Hulu of claim 30 of U.S. Patent No. 6,397,546 recited in Paragraph 38 of the Second Amended Complaint (D.I. 39) are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  November 13, 2012

_____
The Honorable Mariana R. Pfaelzer
United States District Court Judge