DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
EUGENE NOVIKOV (SBN 257849)
enovikov@durietangri.com
JESSE GERACI (SBN 259755)
jgeraci@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiffs
Rovi Technologies Corporation, Gemstar
Development Corporation, and United
Video Properties, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROVI TECHNOLOGIES CORPORATION, GEMSTAR DEVELOPMENT CORPORATION, and UNITED VIDEO PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HULU, LLC, <br><br> Defendant. | Case No. 2:12-cv-04756-MRP (CWx) <br><br> [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF STIPULATION CONTINUING CERTAIN HEARING DATES FOR DEFENDANT HULU, LLC'S MOTIONS FOR SUMMARY JUDGMENT <br><br> Date: January 7, 2013 <br> Time: 11:00 a.m. <br> Ctrm: 12 <br> Judge: Honorable Mariana R. Pfaelzer |

This matter having come before the Court,

IT IS HEREBY ORDERED that the Stipulation to Continue Certain Hearing Dates for Defendant Hulu, LLC's Motions for Summary Judgment (ECF No. 93), filed in this matter on December 13, 2012, is hereby WITHDRAWN.

SO ORDERED this _18_ day of _December_, 2012.

_____
Honorable Mariana R. Pfaelzer
United States District Court Judge

1

[PROPOSED] ORDER GRANTING WITHDRAWAL OF STIPULATION OF CONTINUANCE OF CERTAIN HEARING DATES FOR DEFENDANT HULU, LLC'S MOTIONS FOR SUMMARY JUDGMENT / CASE NO. 2:12-CV-04756-MRP (CWx)

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on December 17, 2012, with a copy of this document via the Court's CM/ECF system.

/s/ Daralyn J. Durie
DARALYN J. DURIE